Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence ~~FILED~~ *et* ~~FILED~~ FILED 07 MAY '26 13:17 USDC-ORE

# UNITED STATES DISTRICT COURT

for the

District of Oregon

Division

|  |  |  |
|---|---|---|
| Maram Epstein | ) | Case No. **6:26-CV-00916-AP** |
| _____ | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) | Jury Trial: *(check one)* ☒ Yes ☐ No |
| -v- | ) ) ) ) | |
| University of Oregon | ) ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) | |

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
### (28 U.S.C. § 1332; Diversity of Citizenship)

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Maram Epstein |
| Street Address | 1442 E. 20th Avenue |
| City and County | Eugene, Lane County |
| State and Zip Code | Oregon, 97403 |
| Telephone Number | 541-954-5668 |
| E-mail Address | maramepstein@gmail.com |

    B. **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pd 15958

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1

| | |
|---|---|
| Name | University of Oregon |
| Job or Title *(if known)* | Office of General Counsel |
| Street Address | 6251 University of Oregon |
| City and County | Eugene, Lane County |
| State and Zip Code | Oregon, 97403 |
| Telephone Number | 541-346-3802 |
| E-mail Address *(if known)* | gcounsel@uoregon.edu |

Defendant No. 2

| | |
|---|---|
| Name | Nil |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Nil |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Nil |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.    The Plaintiff(s)

1.    If the plaintiff is an individual

The plaintiff, *(name)*    Maram Epstein    , is a citizen of the State of *(name)*    Oregon    .

2.    If the plaintiff is a corporation

The plaintiff, *(name)*    , is incorporated under the laws of the State of *(name)*    , and has its principal place of business in the State of *(name)*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.    The Defendant(s)

1.    If the defendant is an individual

The defendant, *(name)*    , is a citizen of the State of *(name)*    . Or is a citizen of *(foreign nation)*

2.    If the defendant is a corporation

The defendant, *(name)*    University of Oregon    , is incorporated under the laws of the State of *(name)*    Oregon    , and has its principal place of business in the State of *(name)*    Oregon    . Or is incorporated under the laws of *(foreign nation)*    Nil    , and has its principal place of business in *(name)*    Eugene, Oregon    .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

cost of past and future medical expenses and pain and suffering.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)*        05/08/2024    , at *(place)*    University of Oregon, Eugene, Oregon                        ,
the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

they removed bicycle racks to increase the space available to vendors and visitors to the Unversity-sponsored Street Fair and uncovered bolts, but then only partially covered them with unafixed wooden plates of irregular heights. This left the top portion of the exposed bolts protruding minimally, but not visible to the naked eye due to the crowds as is typical of the spring street fair. Both the bolts and the unaffixed plates presented a foreseeable pedestrian hazard to the univesrity but a hidden danger to others.
Plaintiff further notes that after returning to the site, there were visible bolts that because they were immovable created a different hazard when a person's foot was pushed against the bolt and it acted as a barrier to movement.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

leaving bolts protruding from the street surface and unaffixed wooden plates of uneven heights in the pedestrian walkway--with some bolt ends that were not visible to the naked eye and a hidden hazard without warning. The University of Oregon failed to warn the plaintiff of a dangerous condition.
Additionally, for those bolts that were visible, due to their locations in the pedestrian walkway, it was impossible to avoid them due to the size and location of the bolts and the dense crowding that day.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Compensation of incurred and future medical expenses, pain and suffering and related losses, including ongoing and future physical limitations.
Pain and suffering
Court Costs as incurred
Pre-judgment and post judgmeent interest as allowed by law
All other relief as the Court deems just and proper

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:       5/7/2026

Signature of Plaintiff

Printed Name of Plaintiff       Maram Epstein

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence