IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| MARAM EPSTEIN, | Case No. 6:26-cv-00916-AP |
| Plaintiff, | ORDER |
| v. | |
| UNIVERSITY OF OREGON, | |
| Defendant. | |

_____

MCSHANE, Judge:

Magistrate Judge Amy E. Potter issued a Findings and Recommendation ("F&R"), ECF No. 4, and the matter is now before this Court. ECF No. 5; 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Plaintiff Maram Epstein did not file objections to Judge Potter's F&R dismissing her claims without prejudice for lack of subject matter jurisdiction. F&R. 1.

This Court concurs with Judge Potter's finding that Plaintiff and Defendant University of Oregon are citizens of the same state. F&R 1; Compl. 1–3, ECF No. 1. Plaintiff asserts diversity jurisdiction for her state law negligence claims and so they must fail for want of subject matter jurisdiction. *Id.* 1. *E.g., Arbaugh v. Y&H Corp.*, 546 U.S. 500, 514 (2006) (without subject matter jurisdiction, a court must dismiss a complaint "in its entirety.").

/ / / /

/ / / /

/ / / /

1 - Order

Magistrate Judge Potter's Findings and Recommendation, ECF No. 4, is adopted in full.

Accordingly, Plaintiff's Complaint, ECF No. 1, is **DISMISSED** without prejudice.

IT IS SO ORDERED.

DATED this 23rd day of June 2026.

s/Michael J. McShane

_____

Michael J. McShane
United States District Judge

2 - Order